IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CHAMBERS OF**  
**CATHERINE C. BLAKE**  
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**  
**101 WEST LOMBARD STREET**  
**BALTIMORE, MARYLAND 21201**  
**(410) 962-3220**  
**Fax (410) 962-6836**

July 23, 2008

LETTER TO ALL COUNSEL RE:   *Denise Watts v. Capital One Auto Finance, Inc.*
Civil No. CCB-07-3477

Dear Counsel:

  I understand from your call to chambers that you would like to be referred for mediation with a Magistrate Judge, which I am happy to do. After you have a date scheduled for mediation, please let me know if you would like to adjust any of the remaining dates in the scheduling order.

            Sincerely yours,

            /s/

            Catherine C. Blake
            United States District Judge