*Quinn, Gordon & Wolf, Chtd.*

102 West Pennsylvania Avenue, Suite 402
Towson, Maryland 21204
Telephone  (410) 825-2300
Facsimile (410) 825-0066
____

Harford County Office
104 Victory Lane, Suite 100
Bel Air, Maryland 21014

December 1, 2008

**VIA ELECTRONIC FILING**
Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   *Denise Watts v. Capital One Auto Finance, Inc.*
               Case No. 1:07-cv-03477-CCB

In accordance with your order of October 30, 2008, the parties to the above-referenced action, Denise Watts and Capital One Auto Finance, Inc., respectfully submit this joint status report regarding their settlement negotiations.

As noted in the parties' previous status report, submitted October 29, 2008 (Doc. No. 24), the parties engaged in face-to-face settlement negotiations following their formal mediation session before Judge Bredar.  While the parties are encouraged by additional progress made in the face-to-face negotiations, they have encountered several sticking points.

Judge Bredar offered to preside over another mediation session if necessary.  The parties are currently exploring whether another mediation session before Judge Bredar is feasible.  The parties anticipate that a decision will be made this week.  In the event that the parties are unable to reach agreement on another mediation session before Judge Bredar, they expect to resume active litigation and discovery relating to class certification issues, which will require some adjustment to the scheduling order.

      Accordingly, the parties propose submitting a further status report next Monday, December 8, 2008, to further update the Court on the status of their discussions, and to propose either further mediation before Judge Bredar, or a revised scheduling order.

                                  Respectfully submitted,

                                  /s/ Martin E. Wolf

Cc:    The Honorable James K. Bredar (via facsimile)
        All counsel (via E-mail and CM/ECF)