IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DENISE WATTS, *et al.*, *Individually And on behalf of all those similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE, INC.,<br><br>*Defendant.* | Case No. 1:07-cv-03477-CCB |

## ACCEPTANCE OF CONFIDENTIALITY UNDERTAKING

The undersigned, an authorized representative of BrownGreer PLC, hereby certifies that he has read the Settlement Agreement executed by the parties in the above captioned action and confirms that BrownGreer PLC agrees to adhere to and be bound by the confidentiality provisions in paragraph 13 of the Settlement Agreement. In addition, BrownGreer PLC understands and agrees that the terms of the confidentiality provision of paragraph 13 of the Settlement Agreement and this certification of confidentiality will remain binding on the parties and on BrownGreer PLC notwithstanding any modification or termination of the Settlement Agreement.

BROWNGREER PLC

By: _____
    William Atkinson

SUBSCRIBED AND SWORN to

Before me this 10th day of September, 2009

_Pamela B. Edwards_
Notary Public
My Commission Expires: 12/31/09
Notary Registration No. 220159